# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN SOTO, | : |
| Plaintiff, | : Civ. No. 17-13450 (FLW) (DEA) |
| v. | : |
| STATE OF NEW JERSEY et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

Plaintiff, Juan Soto ("Plaintiff"), seeks to proceed *pro se* with this civil rights action under 42 U.S.C. § 1983. On April 18, 2019, the Court granted a motion by defendants to dismiss Plaintiff's Amended Complaint. (ECF Nos. 14 & 15.) As part of that Order, the Court granted Plaintiff leave to amend his pleadings by asserting more factual allegations in support of his claims for due-process violations and retaliation against defendants Borg and Patoe within 30 days of the Order's entry. (ECF No. 15.) The Court noted that, if Plaintiff seeks to add new claims or additional defendants, or to make other types of amendments, he must instead file a motion for leave to amend under Federal Rule of Civil Procedure 15. (*Id.*)

Plaintiff now moves for an extension of his time to file an amended pleading until June 23, 2019. (ECF No. 16.) In the interest of justice, the Court grants Plaintiff this extension of time.

Accordingly, IT IS, on this 28th day of May 2019,

ORDERED that Plaintiff's motion for an extension of time, (ECF No. 16), is GRANTED; and it is further

ORDERED that Plaintiff may file an amend pleading insofar as permitted by the Court's prior Order, (ECF No. 15), on or before **June 23, 2019**; and it is further

ORDERED that the Clerk shall serve a copy of this Memorandum and Order on Plaintiff by regular U.S. mail.

/s/ Freda L. Wolfson
FREDA L. WOLFSON
U.S. Chief District Judge